**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FEDERAL INSURANCE COMPANY,

Civil No. 21-2093 (JRT/DTS)

Plaintiff,

v.

**ORDER OF DISMISSAL WITH PREJUDICE**
3M COMPANY ,                                              **PURSUANT TO SETTLEMENT**

Defendant.

The parties submitted a Joint Motion to Vacate and Stipulation for Dismissal with Prejudice pursuant to Settlement on June 30, 2026 (Docket No. 92).  Pursuant to the stipulation, the Court will grant the motion to vacate, will dismiss the case, and will vacate the Court's Order Addressing Cross Motions for Partial Summary Judgment (Nov. 23, 2022, Docket No. 51).

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. All claims in this action are **DISMISSED with prejudice** and on the merits, without costs, disbursements, or attorneys' fees to any party;

2. The Court's November 23, 2022 Order on the Parties' Cross-Motions for Partial Summary Judgment (Docket No. [51]) is hereby **VACATED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

-2-

DATED: July 2, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge